IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

Civil Action No. 06-cv-02590-WYD-CBS

INNOVATIVE BRICK SYSTEMS, LLC,

    Plaintiff,

v.

ARCHITECTURAL POLYMERS, INC.,

    Defendant.

## MINUTE ORDER

**ORDER ENTERED BY MAGISTRATE JUDGE CRAIG B. SHAFFER**

Pending before the court is an "Agreed-Upon Joint Motion for Stay and Certification Pursuant to D.C.COLOL.CIVR. 7.1A" (*doc. no. 17*). However, upon a review of the motion the court will treat it as a Motion for Extension of Time to Respond to the Complaint. Accordingly,

IT IS HEREBY ORDERED that the instant motion is **GRANTED**. Defendant has up to and including **February 21, 2007**, to answer or otherwise respond to the Complaint.

**DATED:**      February 7, 2007