IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Civil Action No.  06-cv-02590-WYD-CBS

INNOVATIVE BRICK SYSTEMS, LLC,

     Plaintiff,

v.

ARCHITECTURAL POLYMERS, INC.,

     Defendant.

## MINUTE ORDER

ORDER ENTERED BY JUDGE WILEY Y. DANIEL

     Defendant's Unopposed Motion for Leave to File Exhibits to Defendant's Motion to Dismiss Pursuant to F.R.C.P. 12(B)(2) and Certification Pursuant to D.C.Colo.L.CIVR 7.1A [# 24], filed February 22, 2007, is **GRANTED.**  Defendant's exhibits are accepted for filing.

     Dated:  February 22, 2007