IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

Civil Action No. 06-cv-02590-WYD-CBS

INNOVATIVE BRICK SYSTEMS, LLC,

    Plaintiff,

v.

ARCHITECTURAL POLYMERS, INC.,

    Defendant.

## MINUTE ORDER

**ORDER ENTERED BY MAGISTRATE JUDGE CRAIG B. SHAFFER**

    IT IS HEREBY ORDERED that Defendant's Unopposed Motion for Leave to Allow Defendant's Pennsylvania Counsel to Appear at the Scheduling Conference by Telephone (*doc. no. 35*) is **GRANTED**. Messrs. Freedenburg and Leppo shall create a conference call, and then contact the Court at (303) 844-2117 to participate in the hearing.

**DATED:**     March 22, 2007