IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

Civil Action No. 06-cv-02590-WYD-CBS

INNOVATIVE BRICK SYSTEMS, LLC,

      Plaintiff,

v.

ARCHITECTURAL POLYMERS, INC.,

      Defendant.

## MINUTE ORDER

### ORDER ENTERED BY MAGISTRATE JUDGE CRAIG B. SHAFFER

      Due to a conflict on the court's calendar, it is **ORDERED** that the settlement conference set for June 12, 2007, is **VACATED** and **RESET** for **June 15, 2007, at 1:30 p.m. (Mountain Time)** in Courtroom A-402, Fourth Floor, of the Alfred A. Arraj U.S. Courthouse, 901 19th Street, Denver, Colorado. It is further

      **ORDERED** that parties are to submit their respective confidential settlement statements on or before **June 8, 2007**. Each statement should contain the following:

      1.    A candid assessment of the of the case from the presenter's point of view;
      2.    A summary of the evidence which supports that side's claims;
      3.    Remarks toward any perceived weaknesses in the case;
      4.    Present a demand or offer each client will accept or pay in settlement *(including any essential non-economic terms)*; and
      5.    Any observations or additional information which would be helpful to the magistrate in assisting the parties to negotiate a settlement.

      Parties shall e-mail their Confidential Settlement Statement, not to exceed fifteen (15) pages (including any attachments), in PDF format to **Shaffer_Chambers@cod.uscourts.gov**. Confidential settlements that are over fifteen (15) pages are to be submitted to the court as hard copies and shall be delivered to the office of the Clerk of the Court in an envelope marked "PERSONAL". It is further

      **ORDERED** that counsel shall have parties present who shall have **full authority** to negotiate *all* terms and demands presented by the case, and full authority to enter into a settlement agreement, including

an adjustor if an insurance company is involved. "Full authority" means that the person who attends the settlement conference has the complete and unfettered capacity and authority to meet or pay all terms or amounts which are demanded or sought by the other side of the case without consulting with some other person, committee or agency.

No party shall be permitted to attend the settlement conference by phone, unless that party has obtained leave of court following the filing of an appropriate motion no later than five (5) business days prior to the settlement conference date.

No person is ever required to settle a case on any particular terms or amounts. However, if any person attends the settlement conference without full authority, and the case fails to settle, that party may be ordered to pay the attorneys' fees and costs for the other side.

**Please remember that anyone seeking entry into the Alfred A. Arraj United States Courthouse will be required to show <u>valid photo identification</u>.** *See* **D.C.COLO.LCivR 83.2B.**

**DATED:**     May 9, 2007