# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
## Magistrate Judge Craig B. Shaffer

| | |
|---|---|
| **Civil Action No.:** 06-cv-02590-WYD-CBS | **FTR** - Reporter Deck - Courtroom A402 |
| **Date: June 1, 2007** | **Courtroom Deputy:** Ben Van Dyke |

INNOVATIVE BRICK SYSTEMS, LLC,                          Peter A. Gergely, via telephone

    **Plaintiff,**

v.

ARCHITECTURAL POLYMERS, INC.,                          Kevin L. Opp, via telephone
                                                               Harvey Freedenberg, via telephone
    **Defendant.**                                                          Shawn K. Leppo, via telephone

## COURTROOM MINUTES/MINUTE ORDER

**HEARING:   TELEPHONIC MOTIONS HEARING**
**Court in Session:      10:45 a.m.**
Court calls case.  Appearances of counsel.

**ORDERED:**   The Motion for Leave to Allow Defendant's Trial Counsel and Party Representative to Appear at the Settlement Conference by Telephone [filed May 25, 2007; doc. 46] is denied for the reasons stated on the record.

HEARING CONCLUDED.

**Court in Recess**:      **10:53 a.m.**
Total In-Court Time:      00:08