IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Civil Action No.  06-cv-02590-WYD-CBS

INNOVATIVE BRICK SYSTEMS, LLC,

    Plaintiff,

v.

ARCHITECTURAL POLYMERS, INC.,

    Defendant.

## ORDER OF DISMISSAL WITH PREJUDICE

THIS MATTER comes before the Court on the parties Stipulation of Dismissal [# 51], filed June 8, 2007.  After careful review of the file, the Court has concluded that the stipulation should be approved and that Plaintiff's claims against the Defendant should be **DISMISSED WITH PREJUDICE**.

THEREFORE IT IS ORDERED as follows:

That the Stipulation of Dismissal [# 51] is **APPROVED**; and that Plaintiff's claims against Defendant are **DISMISSED WITH PREJUDICE**, each party to pay its own attorney's fees and costs.

Dated:  June 18, 2007

                              BY THE COURT:

                              s/ Wiley Y. Daniel
                              Wiley Y. Daniel
                              U. S. District Judge